# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONNIE GOOD,** *Individually and as Parent and Natural Guardian of C.G.*, | : : | No. 3:13cv149 |
| Plaintiff | : : | (Judge Munley) |
| v. | : : | |
| **FIRSTENERGY CORP.,** | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 15th day of March 2016, FirstEnergy Corp.'s motion to bifurcate the trial (Doc. 134) is **DENIED**.

                                     **BY THE COURT:**

                                     **s/ James M. Munley**
                                     **JUDGE JAMES M. MUNLEY**
                                     **United States District Court**